UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | |
|---|---|
| RAJPAUL SINGH TOOR, MD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No.: 4:23-cv-0009 |
| ) | |
| DANVILLE REGIONAL MEDICAL ) | |
| CENTER, LLC, *et al* ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW AS COUNSEL /**
**MOTION FOR STAY**

COMES NOW, attorney Thomas E. Strelka and provides as follows:

1. Plaintiff and Strelka Employment Law of Roanoke, Virginia no longer have a continuing relationship of representation.

2. Should Plaintiff and Strelka Employment Law continue to work together on this matter, circumstances have arisen such that an unavoidable conflict of interest would manifest preventing further representation.

3. The conflict of interest was never apparent from the beginning of this matter and developed over the course of this matter.

4. Plaintiff's former counsel hereby moves to withdraw from this matter and also moves that this Court enter an Order staying this matter for sixty (60) days to allow Plaintiff to find alternate legal counsel.

5. Plaintiff's contact information will be provided to the Court so that Plaintiff may receive copies of all pleadings and mail related to this matter.

6. A stay is justified to permit *pro se* Plaintiff time to find the counsel needed to advance this matter. This matter has not yet proceeded through depositions.

WHEREFORE, Plaintiff's former counsel respectfully requests the following relief:

(1) That this Court enter an Order withdrawing counsel Thomas E. Strelka, L. Leigh Rhoads, Brittany Haddox, and Monica Mroz as attorneys of record in this matter for Plaintiff;

(2) That this Court enter an Order that stays these proceedings for sixty (60) days; and

(3) Any other relief that this Court should find to be equitable.

Respectfully submitted,

**THOMAS E. STRELKA**

_____

Thomas E. Strelka, Esq. (VSB# 75488)
L. Leigh Rhoads, Esq. (VSB # 73355)
Brittany M. Haddox, Esq. (VSB # 86416)
Monica L. Mroz, Esq. (VSB #65766)
STRELKA EMPLOYMENT LAW
4227 Colonial Avenue
Roanoke, VA 24018
Tel: 540-283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com
brittany@strelkalaw.com
monica@strelkalaw.com

**CERTIFICATE OF SERVICE**

      I certify, that on the 12th day of September, 2023, the foregoing was sent via electronic mail to the following:

/s/ Justin M. Sizemore
Justin M. Sizemore (VSB #71859)
HOLLAND & KNIGHT LLP
200 South 10th Street, Suite 1000
Richmond, VA 23219
Telephone: (804) 799-6592
Fax: (804) 500-5353
Email: Justin.Sizemore@hklaw.com

Mark W. Peters (TN Bar No. 18422)
Flynne M. Dowdy (TN Bar No. 35926)
*Pro Hac Vice Applications Forthcoming*
HOLLAND & KNIGHT LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Fax: (615) 244-6804
Email: MarkWPeters@hklaw.com
      Flynne.Dowdy@hklaw.com

*Counsel for Defendant*

Thomas E. Strelka, Esq.

3