UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
P.O. BOX 1400
DANVILLE, VIRGINIA 24543

OFFICIAL BUSINESS

GREENSBORO NC 270
29 NOV 2023 PM 4 L

CLERK'S OFFICE U.S. DISTRICT COURT
AT DANVILLE, VA
FILED

JAN 0 2 2024

LAURA A. AUSTIN, CLERK
BY: HMcOuread
DEPUTY CLERK

$0.630
US POSTAGE
FIRST-CLASS
062S0011263235
FROM 24541

Rajpaul Singh Toor, MD
990 Greg Kruschek Avenue, Apt. 2A
Nome, AK 99762

The following document(s) are associated with this transaction

NIXIE    995   DE 1        0012/19/23
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD
BC: 24543140000       *0480-04459-29-39